# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2009

137146

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HICKS FAMILY LIMITED
PARTNERSHIP,
          Plaintiff-Appellant,

v

1ST NATIONAL BANK OF
HOWELL,
          Defendant-Appellee.

SC: 137146
COA: 276575
Livingston CC: 04-021141-CE

_____/

     On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2009

_____
Clerk

l0422